1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   ZURICH AMERICAN INSURANCE
COMPANY, a foreign corporation,

11                    Plaintiff,                          CASE NO. C05-1271C

12           v.                                           ORDER OF DISMISSAL

13   SIEMPELKAMP PAHNKE ENGINEERING,
LP, a foreign limited partnership; WEPUKO

14   PAHNKE ENGINEERING, LP, a foreign
limited partnership; PAHNKE, INC., a foreign

15   corporation; and DOES 1-10,

16                    Defendants.

17

18          This Matter having come before the undersigned judge upon stipulation of the parties, it is hereby

19   ORDERED dismissed with prejudice and without costs to any party.

20

          SO ORDERED this 25th day of September, 2006.

21

22                                                  _John C Coughenour_

23

                                                    John C. Coughenour

24                                                  United States District Judge

25

26   ORDER – 1